IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTSANA USA, INC. | CIVIL ACTION |
| V. | |
| GRACO CHILDREN'S PRODUCTS, INC. | CASE NO.: 14-3151 |

## ORDER

AND NOW, this _____ day of _____, 2014 it is hereby

## ORDERED

that the Motion for Admission Pro Hac Vice of Stephen M. Schaetzer, Esquire and Gregory J. Carlin, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is hereby **GRANTED**.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARTSANA USA, INC. | : | CIVIL ACTION |
| --- | --- | --- |
| V. | : | |
| GRACO CHILDREN'S PRODUCTS, INC. | : | CASE NO.: 14-3151 |

## MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN M. SCHAETZER, ESQUIRE AND GREGORY J. CARLIN, ESQUIRE

Defendant, Graco Children's Products, Inc. (hereinafter "Graco"), by and through their attorneys, Deasey, Mahoney & Valentini, Ltd., pursuant to Local Rule of Civil Procedure 83.5.2, hereby files the within Motion for Admission *Pro Hac Vice* of Stephen M. Schaetzer, Esquire and Gregory J. Carlin, Esquire of the law firm of Meunier, Carlin & Curfman, LLC and, in support thereof, sets forth as follows:

1. Defendant Graco Children's Products, Inc. is represented by Harry G. Mahoney, Esquire of the law firm of Deasey, Mahoney & Valentini, Ltd.

2. The undersigned, Harry G. Mahoney, Esquire, is an attorney admitted to practice law in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, is in good standing, and has never been suspended, disbarred, or otherwise disciplined.

3. Stephen M. Schaetzer, Esquire is admitted to practice law in the state of Georgia and is a member in good standing in that jurisdiction. He has also been admitted *Pro Hac Vice* in other jurisdictions. Attached hereto and marked as Exhibit "A" is the Affidavit of Stephen M. Schaetzer, Esquire in support of this Motion for Admission *Pro Hac Vice*.

4.     Gregory J. Carlin, Esquire is admitted to practice law in the states of Georgia and North Carolina and is a member in good standing in those jurisdictions. He has also been admitted *Pro Hac Vice* in another jurisdiction. Attached hereto and marked as Exhibit "B" is the Affidavit of Gregory J. Carlin, Esquire in support of this Motion for Admission *Pro Hac Vice*.

5.     Stephen M. Schaetzel, Esquire and Gregory J. Carlin, Esquire are extensively involved with the pending litigation as counsel for Graco Children's Products, Inc. and are fully familiar with the issues involved in the instant case.

6.     There is good cause for the admissions of Messrs. Schaetzel and Carlin pursuant to L.R.Civ.P. 83.5.2 in that Defendant, Graco, has requested their representation of its interests in this matter and both counsel has had an extensive and long standing attorney-client relationship with Graco in this and other litigation matters.

7.     The undersigned will act as associate counsel of record to Messrs. Schaetzel and Carlin.

8.     The undersigned shall remain associate counsel of record and shall sign, serve or be served with, as the case may be, all pleadings, motions, notices and other papers filed in this action, and shall attend all proceedings before the Court unless excused by the Court.

WHEREFORE, Defendant Graco Children's Products, Inc. respectfully request that his Honorable Court grant the within Motion, admitting Stephen M. Schaetzel,

Esquire and Gregory J. Carlin, Esquire to practice *Pro Hac Vice* before this Honorable Court and to appear and participate in all matters and proceedings related to this case.

Respectfully submitted,

DEASEY, MAHONEY & VALENTINI, LTD.

By: /s/Harry G. Mahoney
Harry G. Mahoney, Esquire
PA Attorney I.D. No.: 19609
Matthew J. Junk, Esquire
PA Attorney I.D. No.: 86089

1601 Market Street, Suite 3400
Philadelphia, PA 19103
215-587-9400
215-587-9456 (fax)
hgmahoney@dmvlawfirm.com
mjjunk@dmvlawfirm.com

Attorneys for Defendant,
Graco Children's Products Inc.

Dated: 8-28-2014

EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| ARTSANA USA, INC. | : | CIVIL ACTION |
|---|---|---|
| V. | : | |
| GRACO CHILDREN'S PRODUCTS, INC. | : | CASE NO.: 5:14-cv-03151 |

**AFFIDAVIT OF STEPHEN M. SCHAETZEL, ESQUIRE IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE***

AND NOW, comes Stephen M. Schaetzel, Esquire and, after having first been duly sworn, asserts under oath as follows:

1. I am a principal in the law firm of Meunier, Carlin & Curfman, LLC, 817 West Peachtree Street, Suite 500, Atlanta, GA 30308. My telephone number is 404-645-7724; my fax number is 404-645-7707; and my email address is sschaetzel@mcciplaw.com.

2. Meunier, Carlin & Curfman, LLC has represented Graco Children's Products, Inc. in intellectual property and trade mark cases for the last 3 years.

3. I have served as trial counsel for Graco Children's Products, Inc. in 3 cases. In the course of that representation, I have become familiar with Graco's personnel, products, records and litigation. For these reasons, Graco requests that I represent them in this case.

4. I have been admitted to appear *Pro Hac Vice* in the following jurisdictions:

U.S. District Court, District of Minnesota

U.S. District Court, Southern District of Ohio, Western Division

U.S. District Court, Southern District of Georgia

U.S. District Court, Eastern District of Virginia

5. I have never been found ineligible for admission and no Court has refused to allow me to appear *Pro Hac Vice*.

6. Graco Children's Products, Inc. has retained the firm of Deasey, Mahoney & Valentini, Ltd. to serve as associate local counsel in this case.

7. I was admitted to the Georgia bar on October 11, 1984. My Georgia attorney identification number is 628653.

8. I have never been the subject of any disciplinary proceedings and am not now the subject of any current disciplinary proceedings in any jurisdiction.

9. I agree to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

*[signature]*
STEPHEN M. SCHAETZEL, ESQUIRE

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 27th DAY OF Aug, 2014.

*[signature]* Sharon Etelman
NOTARY PUBLIC

SHARON ETELMAN
NOTARY PUBLIC
Cobb County
State of Georgia
My Commission Expires Oct. 14, 2017

EXHIBIT "B"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| ARTSANA USA, INC. | : | CIVIL ACTION |
|---|---|---|
| V. | : | |
| GRACO CHILDREN'S PRODUCTS, INC. | : | CASE NO.: 5:14-cv-03151 |

### AFFIDAVIT OF GREGORY J. CARLIN, ESQUIRE IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, comes Gregory J. Carlin, Esquire and, after having first been duly sworn, asserts under oath as follows:

1. I am a principal in the law firm of Meunier, Carlin & Curfman, LLC, 817 West Peachtree Street, Suite 500, Atlanta, GA 30308. My telephone number is 404-645-7705; my fax number is 404-645-7707; and my email address is gcarlin@mcciplaw.com.

2. Meunier, Carlin & Curfman, LLC has represented Graco Children's Products, Inc. in intellectual property and trade mark cases for the last 3 years.

3. I have served as trial counsel for Graco Children's Products, Inc. in 3 cases. In the course of that representation, I have been become familiar with Graco's personnel, products, records and litigation. For these reasons, Graco requests that I represent them in this case.

4. I have been admitted to appear *Pro Hac Vice* in the following jurisdiction:

U.S. District Court, Southern District of Ohio, Western Division

5. I have never been found ineligible for admission and no Court has refused to allow me to appear *Pro Hac Vice*.

6. Graco Children's Products, Inc. has retained the firm of Deasey, Mahoney & Valentini, Ltd. to serve as associate local counsel in this case.

7. I was admitted to the Georgia bar on May 31, 2011 and to the North Carolina bar on August 18, 2000. My Georgia attorney identification number is 455865, and my North Carolina attorney identification number is 29138.

8. I have never been the subject of any disciplinary proceedings and am not now the subject of any current disciplinary proceedings in any jurisdiction.

9. I agree to be bound by the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

_____
GREGORY J. CARLIN, ESQUIRE

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 27th DAY OF Aug., 2014.

_____
NOTARY PUBLIC

SHARON ETELMAN
NOTARY PUBLIC
Cobb County
State of Georgia
My Commission Expires Oct. 14, 2017

## **CERTFICATE OF SERVICE**

I, Harry G. Mahoney, Esquire hereby certify that on the date set forth below a true and correct copy of the Motion for Admission Pro Hac Vice of Stephen M. Schaetzer, Esquire and Gregory J. Carlin, Esquire was electronically filed with the Court and is available for viewing and downloading on the ECF system. I also certify that a hard copy of same was served on the following individual(s) via first class mail:

Anthony S. Volpe, Esquire
Volpe & Koenig, P.C.
United Plaza
30 S. 17th Street
Philadelphia, PA 19103
Attorney for Plaintiff

DEASEY, MAHONEY & VALENTINI, LTD.

By:  /s/Harry G. Mahoney
HARRY G. MAHONEY, ESQUIRE
Attorneys for Defendant,
Graco Children's Products, Inc.

Dated: 8/28/14