APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ARTSANA USA, INC.

V.

GRACO CHILDREN'S PRODUCTS, INC.

Civil Action
No: 5:14-cv-03151

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Graco Children's Products Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Rubbermaid Incorporated
Newell Rubbermaid Inc.

8-29-2014
Date

Signature

Counsel for: Graco Children's Products, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
        (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.